IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FIELDTURF TARKETT INC., a Canadian company, ) ) ) Plaintiff, ) ) v. ) ) SPECIALTY SURFACES INTERNATIONAL, ) INC. t/a SPRINTURF, ) ) Defendant. ) | No. 06 C 5687<br><br>Judge John F. Grady<br><br>Magistrate Judge Nan R. Nolan |

## MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

Defendant, Specialty Surfaces International, Inc. t/a Sprinturf ("Sprinturf"), by and through its attorneys, Patrick T. Stanton, Roger H. Stein, and Seth Mann Rosenberg, moves this Court for an Order granting it until December 9, 2006 to answer or otherwise plead to the Complaint of Fieldturf Tarkett, Inc. ("FieldTurf"). In support thereof, Sprinturf states as follows:

1. On October 19, 2006, Sprinturf was served with a complaint and summons in this matter. A responsive pleading was due to be filed on November 9, 2006.

2. Prior to November 9, 2006, counsel for FieldTurf granted Sprinturf until November 24, 2006 to file a responsive pleading.

3. During the week of November 20, counsel for FieldTurf granted Sprinturf until December 1 to file a responsive pleading.

4. Sprinturf now requests one additional week to file a responsive pleading, up to and including December 8, 2006. Sprinturf requests this brief extension since one of its attorneys, Roger Stein, was out of town this past week. Sprinturf also requests this short extension because it formally retained counsel this week.

398234.1 PENDING-PENDING

5. Granting a one-week extension will not prejudice FieldTurf.

WHEREFORE, Specialty Surfaces International, Inc. t/a Sprinturf, respectfully requests this Court enter an order granting it until December 8, 2006 to answer or otherwise plead to the Complaint.

Respectfully submitted,

SPECIALTY SURFACES
INTERNATIONAL, INC. t/a SPRINTURF

By: /s/        Patrick T. Stanton
         One of its Attorneys

Patrick T. Stanton (#6216899)
Roger H. Stein (#6188812)
Seth Mann Rosenberg (#6279711)
Schwartz Cooper Chartered
180 North LaSalle, Suite 2700
Chicago, IL  60601
312-346-1300