IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FIELDTURF TARKETT INC.,<br>a Canadian company,<br><br>    Plaintiff,<br><br>v.<br><br>SPECIALTY SURFACES INTERNATIONAL,<br>INC. t/a SPRINTURF,<br><br>    Defendant. | No. 06 C 5687<br><br>Judge John F. Grady<br><br>Magistrate Judge Nan R. Nolan |

## NOTICE OF MOTION

TO:    Jody L. Factor
         Patrick J. Smith
         Factor & Lake, Ltd.
         1327 West Washington Boulevard
         Suite 5G/H
         Chicago, Illinois  60607

**PLEASE TAKE NOTICE** that on the 6th day of December 2006, at 11:00 a.m., the undersigned shall appear before the Honorable John F. Grady, or any judge sitting in his place and stead, in Room 2201 of the United States District Court, for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present Defendant's **Motion for Extension of Time to Answer or Otherwise Plead**, a copy of which is hereby served upon you.

Dated:  November 30, 2006

                                                      Respectfully submitted,

                                                      SPECIALTY SURFACES
                                                      INTERNATIONAL,INC. t/a SPRINTURF

                                                      By:  /s/       Patrick T. Stanton
                                                                One of its Attorneys

Patrick T. Stanton (#6216899)
Roger H. Stein (#6188812)
Seth Mann Rosenberg (#6279711)
Schwartz Cooper Chartered
180 North LaSalle, Suite 2700
Chicago, IL  60601
312-346-1300

398629.1 PENDING-PENDING