## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 2.5
### Eastern Division

Fieldturf Tarkett Inc.

                    Plaintiff,

v.                                       Case No.: 1:06–cv–05687

                                       Honorable John F. Grady

Specialty Surfaces International, INC

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 5, 2006:

      MINUTE entry before Judge John F. Grady :Motion for extension of time to answer [10] is granted. Answer due by 12/08/06.Mailed/Telephoned notice(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.